LOREDO v. CSX TRANSP., INC.

[360 N.C. 354 (2006)]

PER CURIAM.

As to the issue on direct appeal, we reverse the decision of the Court of Appeals for the reasons stated in the dissenting opinion. Further, we conclude that the petition for discretionary review as to additional issues was improvidently allowed.

REVERSED; DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.

---

REUBEN LOREDO, AND J. FRANK WOOD, JR., AS GUARDIAN AD LITEM OF STACEY JAZMINE LOREDO, AND THOMAS BERKAU, AS ADMINISTRATOR OF THE ESTATE OF HENRY LOREDO, MINOR/DECEASED, AND AMELIA TORRES, ADMINISTRATRIX OF THE ESTATE OF VICTORIA TORRES, PLAINTIFFS v. CSX TRANSPORTATION, INC., NORFOLK SOUTHERN CORPORATION, NORFOLK SOUTHERN RAILWAY COMPANY, AND D.A. GILBERT, DEFENDANTS/THIRD-PARTY PLAINTIFFS v. AMELIA TORRES, AS ADMINISTRATRIX OF THE ESTATE OF VICTORIA TORRES, FAMILY HOME & GARDEN, INC. (F/K/A FAMILY FARM SUPPLY, INC.), WALTER B. HORNE AND WIFE, JANET G. HORNE, INDIVIDUALLY AND D/B/A FAMILY EGG MARKET, THIRD-PARTY DEFENDANTS

No. 297A05

(Filed 3 March 2006)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 169 N.C. App. 508, 610 S.E.2d 225 (2005), affirming an order granting summary judgment for defendants entered on 26 June 2003 by Judge Henry W. Hight, Jr. in Superior Court, Wake County. Heard in the Supreme Court 13 February 2006.

*Mast, Schulz, Mast, Mills, Johnson & Wells, P.A., by Charles D. Mast, George B. Mast, David F. Mills, and T. Marie Mobley, for plaintiff-appellants Loredo, Wood, and Berkau, and Ward & Smith, P.A., by W.L. Allen III, for plaintiff-appellant Torres.*

*Millberg, Gordon & Stewart, by Frank J. Gordon, for defendant-appellee CSX Transportation, Inc.*

*Bode, Call & Stroupe, L.L.P., by Odes L. Stroupe, Jr. and John S. Byrd, II, for defendant-appellees Norfolk Southern Corporation, Norfolk Southern Railway Company, and D.A. Gilbert.*

**STATE v. ROSS**

[360 N.C. 355 (2006)]

*John J. Korzen counsel for the North Carolina Academy of Trial Lawyers, amicus curiae.*

PER CURIAM.

AFFIRMED.

Justice MARTIN did not participate in the consideration or decision of this case.

━━━━━━━━

STATE OF NORTH CAROLINA v. HARDIN ELI ROSS, III

No. 581A05

(Filed 3 March 2006)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 173 N.C. App. ——, 620 S.E.2d 33 (2005), finding no error in a judgment entered 5 February 2004 by Judge Evelyn W. Hill in Superior Court, Wake County. Heard in the Supreme Court 14 February 2006.

*Roy Cooper, Attorney General, by Rudy Renfer, Assistant Attorney General, for the State.*

*Parrish, Smith & Ramsey, LLP, by Richard D. Ramsey, for defendant-appellant.*

PER CURIAM.

AFFIRMED.

Justice TIMMONS-GOODSON did not participate in the consideration or decision of this case.